DLA PIPER

**DLA Piper** LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Richard M. Kremen
richard.kremen@dlapiper.com
**T** 410.580.4191
**F** 410.580.3191

February 10, 2020

*Via ECF*

The Honorable George L. Russell, III
United States District Judge
U.S. Courthouse - Baltimore Division
101 W. Lombard Street
Baltimore, Maryland 21201

**Re:** ***Estate of Michael Heiser, et al. v. Islamic Republic of Iran, et al.***
**Case No. 11-cv-137-GLR**

Dear Judge Russell:

In response to the Court's order dated October 9, 2019, the Plaintiffs/Judgment Creditors the Estate of Michael Heiser, *et al.* (the "Heisers") write to provide the Court with a status report.

Garnishee Overflo Warehouse, LLC is the only remaining garnishee in the action before this Court. The Court ordered a stay of these proceedings against Overflo Warehouse, LLC, pending the outcome of an action styled *IR Iran Defense Ministry v. Overflo Warehouse, LLC*, case no. 08-cv-02254, pending in the U.S. District Court for the District of Maryland (the "Overflo Action"). *See* Dkt. Entry No. 16. Prior to filing this status report, the Heisers reached out to counsel for Overflo Warehouse, LLC to confirm the current status of the Overflo Action. We have been advised that the Overflo Action is still stayed pending resolution of related claims by the Iran-United States Claims Tribunal.

Accordingly, the Heisers respectfully request that this action remain stayed pending a resolution in the Overflo Action.

Respectfully,

**DLA Piper LLP (US)**

Richard M. Kremen
Partner

cc: Chad E. Kurtz *via ECF*
Eric D. Freed *via e-mail*

EAST\172041016.1